UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BART WAYNE VOLEN,<br><br>Defendant. | No. 2:20-mc-0324-TLN-AC<br><br><br><br>**ORDER** |

On February 9, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 17.) Neither party filed objections to the findings and recommendations.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 9, 2023, are ADOPTED IN FULL;
2. The United States' Request for Findings and Recommendations for Final Order of Garnishment is GRANTED in its entirety;
3. The Law Offices of Geoffrey E. Marr is directed to pay the Clerk of the United States District Court all of the funds held by Garnishee in which Debtor has an interest within fifteen (15) days of the filing of the Final Order. Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:
   Office of the Clerk
   501 I St., Rm. 4-200
   Sacramento, CA 95814
4. The criminal docket number (2:12-CR-00294 TLN) shall be stated on the payment instrument;
5. The Court retains jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and
6. The garnishment terminates when the Garnishee's payment is deposited with the Clerk of the Court.

IT IS SO ORDERED.

Date:  September 26, 2023

_____
Troy L. Nunley
United States District Judge

2